UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicole Neill, et al. : | |
| : | CIVIL ACTION |
| Plaintiffs : | |
| : | |
| v. : | |
| : | No. 5:12-cv-03332-TJS |
| Northwest Lancaster County Regional : | |
| Police Department, et al. : | |
| : | JURY TRIAL DEMANDED |
| Defendants : | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the Entry of Appearance of Susan L. DiGiacomo on behalf of Northwest Lancaster County Regional Police Department, only was served electronically via the Court's ECF System to the following:

Stewart J. Eisenberg, Esquire
Eisenberg, Rotheweiler, Winkler, Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103

Joseph J. Santarone, Jr. Esquire
Marshall, Dennehy, Warner, Coleman & Goggin
620 Freedom Business Center, Ste. 300
King of Prussia, PA 19406

Robert A. Limbacher
Goodell, Devrtes, Leech & Dann
One Commerce Square
2005 Market Street, Suite 1940
Philadelphia, PA 19103-2793

Barry N. Kramer
Chief Deputy Attorney General
Office of Attorney General
21 South 12th Street, Third Floor
Philadelphia, PA 19107-3603

**SIANA, BELLWOAR & McANDREW, LLP**

Date: _July 17, 2012_     By:     _/s/ Susan L. DiGiacomo_
Susan L. DiGiacomo, Esquire ID# 62997
Attorney for Defendant, Northwest Lancaster County Regional Police Department