# EXHIBIT "C"

OFFICE OF THE
# DISTRICT ATTORNEY OF LANCASTER COUNTY

TELEPHONE
717-299-8100

FAX
717-295-3693



LANCASTER COUNTY COURTHOUSE
50 NORTH DUKE STREET
PO BOX 83480
LANCASTER, PA 17608-3480

CRAIG W. STEDMAN
DISTRICT ATTORNEY

May 24, 2012

Paula Stafford
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck P.C.
1634 Spruce Street
Philadelphia, PA 19103

Dear Ms. Stafford:

    Thank you for writing to the Lancaster County District Attorney's Office with your request for information pursuant to Pennsylvania's Right to Know law. On May 22, 2012, this Office received your request for records relating to the death of Robert Neill, Jr.

    This Office is not in possession of any of the records that you have requested. The investigation at issue was turned over in whole to the Office of the Attorney General of Pennsylvania.

    Because this Office is not in possession of the requested records, this letter acts as a denial. Accordingly, you have a right to appeal in writing to: Terry Mutchler, Executive Director, Office of Open Records, Commonwealth Keystone Building, 400 North Street - Plaza Level, Harrisburg, PA 17120-0225.

    If you choose to file an appeal you must do so within 15 business days of the mailing date of this letter. 65 P.S. § 67.1101(a)(1). Please be advised that this correspondence will serve to close this record with our office as permitted by law.

Respectfully,

Susan E. Moyer
Assistant District Attorney/Right to Know Officer
Lancaster County District Attorney's Office
50 North Duke Street
P.O. Box 83480
Lancaster, PA 17608-3480