## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE NEILL and ROBERT NEILL, Both** | : | **CIVIL ACTION** |
| **Individually and as Co-Administrators** | : | |
| **of the Estate of Robert Neill, Deceased** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MT. JOY BOROUGH, et al** | : | **NO. 12-3332** |

## ORDER

**AND NOW**, this 7th day of August, 2012, upon consideration of the Defendants Mt.

Joy Borough and Mt. Joy Police Department's Motion to Dismiss Plaintiffs' Complaint

Pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 3) and the plaintiffs having been

granted leave to amend their complaint, it is **ORDERED** that the motion is **DISMISSED AS**

**MOOT**.


    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.