# EXHIBIT "D"

# Daniel Sherry

| | |
|---|---|
| **From:** | Kramer, Barry N. <bkramer@attorneygeneral.gov> |
| **Sent:** | Thursday, September 27, 2012 8:54 AM |
| **To:** | Daniel Sherry |
| **Cc:** | Stewart Eisenberg |
| **Subject:** | RE: Neill v. Mt. Joy Borough et al. - Draft Second Amended Complaint |

Dan,
As I advised, Menet consents to filing the Second Amended Complaint.
Would you please send me the case cites supporting the WD/Survival damages as "derivative" of the federal claims.
Thanks

---

**From:** Daniel Sherry [mailto:Daniel@erlegal.com]
**Sent:** Wednesday, September 26, 2012 11:02 AM
**To:** Kramer, Barry N.
**Cc:** Stewart Eisenberg
**Subject:** Neill v. Mt. Joy Borough et al. - Draft Second Amended Complaint

Dear Barry:

First of all, Happy High Holiday.

Second, here is the draft Second Amended Complaint (attached as a PDF). I've gone through your proposed stipulation carefully, and, as you can see, we've dropped our allegations against Trooper Carpenter.

As to WD/Survival Damage Immunity for Trooper Menet on the basis that he is a PA state trooper...I'm still not completely convinced on this one (though I've read the caselaw you provided). However, I think the current *ad damnum* language that you will see in the attached draft Amended Complaint that relates to WD/Survival is expressly "If applicable" which allows us to readdress this issue down the road (or possibly enter into a future side-stipulation) so that we don't need to address it now. I also think it's a non-waivable FRCP 12(b)(6) motion.

Moreover, as to Trooper Menet (and your request that we discontinue two counts against him without prejudice)– given that there is at least one document that states that the EMS "advance" towards Mr. Neil was "stopped" by some as-yet-undetermined "officers" at the scene (see attached – Narrative section) - I can't presently drop what is now Count II and Count III against Trooper Menet. As soon as we know the identity of the person(s) who(m) held back the EMS personnel - provided it is not Trooper Menet - we will discontinue those claims against Trooper Menet. Furthermore, I think the language in, *inter alia*, Paragraphs 62 and 65 make it clear that we are not alleging that Trooper Menet is liable for a failure to request that EMS be dispatched to the scene, but, instead, that there was a "prevention" or "delay" in allowing medical assistance to be provided. That said, to the extent you want this to be more specific *vis a vis* Trooper Menet (e.g. "It is expressly understood that there is no allegation against Trooper Menet for failure to request that EMS be dispatched to the scene") please let me know, as this can be readily-agreed upon via a stipulation.

I will probably be in the Eastern District courthouse for most of tomorrow morning, but I will be checking my e-mail as frequently as I am able. If you have any questions in the interim, please let me know (e-mail is probably best).

Thanks in advance.

Daniel J. Sherry Jr., Esquire
Eisenberg, Rothweiler,
Winkler, Eisenberg, & Jeck P.C.
1634 Spruce Street
Philadelphia, PA 19103
215-546-6636
Fax: 215-546-0118
Toll Free: 866-569-3400
daniel@erlegal.com
www.erlegal.com

**From:** Kramer, Barry N. [mailto:bkramer@attorneygeneral.gov]
**Sent:** Thursday, September 20, 2012 3:50 PM
**To:** Daniel Sherry
**Cc:** Stewart Eisenberg
**Subject:** RE: Neill v. Mt. Joy Borough et al.

As we discussed, please find attached a proposed stip as to Menet and Carpenter. You'll note that the claims against Carpenter and Counts III and IV against Menet are dismissed without prejudice. As I told Dan, none of the facts as we all know them, inculpate Carpenter at all or suggest that Menet should have called EMS (since EMS was there by the time PSP arrived) or prevented EMS from treating Mr. Neill. Please call if you wish to discuss. I look forward to hearing from you before 9/27 so we can all avoid unnecessary motion practice. Thanks.
Barry

**From:** Daniel Sherry [mailto:Daniel@erlegal.com]
**Sent:** Thursday, September 20, 2012 1:40 PM
**To:** Kramer, Barry N.
**Cc:** Stewart Eisenberg
**Subject:** RE: Neill v. Mt. Joy Borough et al.

Barry:

Just left a message on your voicemail. Please call me at your convenience, as the issues you are speaking of were the topic of significant discussion between the attorneys for Susquehanna Regional (Andrew and Susan) and me yesterday.

Daniel J. Sherry Jr., Esquire
Eisenberg, Rothweiler,
Winkler, Eisenberg, & Jeck P.C.
1634 Spruce Street
Philadelphia, PA 19103
215-546-6636
Fax: 215-546-0118
Toll Free: 866-569-3400
daniel@erlegal.com
www.erlegal.com

**From:** Kramer, Barry N. [mailto:bkramer@attorneygeneral.gov]
**Sent:** Thursday, September 20, 2012 12:32 PM
**Cc:** Stewart Eisenberg; Daniel Sherry
**Subject:** RE: Neill v. Mt. Joy Borough et al.

Stewart and Daniel,

2

Does this mean that plaintiffs are withdrawing the claims under the Wrongful Death and Survival Acts? State Troopers Menet and Carpenter have statutory sovereign immunity under those claims and I need to know whether to file a motion to dismiss on those claims. Please clarify. Thanks
Barry

Chief Deputy Attorney General
Pennsylvania Office of Attorney General
Eastern Regional Office
(tel) (215) 560-1581
(fax) (215) 560-1031
bkramer@attorneygeneral.gov


**From:** Susan DiGiacomo [mailto:sdigiacomo@sianalaw.com]
**Sent:** Thursday, September 20, 2012 12:00 PM
**To:** jjsantorone@mdwcg.com; Kramer, Barry N.; jflounlacker@tthlaw.com; rlimbacher@gdldlaw.com
**Cc:** stewart@erlegal.com; daniel@erlegal.com; Andrew Bellwoar
**Subject:** Neill v. Mt. Joy Borough et al.

Counsel:

In reviewing the Amended Complaint, we found some issues that Plaintiffs have agreed to correct. We have prepared the attached Stipulation. Please review the attached Stipulation and advise if acceptable.

Thank you,

*Susan L. DiGiacomo, Esquire*
SIANA, BELLWOAR & McANDREW, LLP
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
Telephone( 610)-321-5500
FAX( 610)-321-0505

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY

# Daniel Sherry

| | |
|---|---|
| From: | Santarone, Joseph J. <JJSantarone@MDWCG.com> |
| Sent: | Tuesday, September 25, 2012 3:09 PM |
| To: | Daniel Sherry |
| Cc: | Stewart Eisenberg |
| Subject: | RE: Neill v. Mouth Joy, et al. |

No that's fine
Joe



**Joseph J. Santarone, Esq.**
*Chair, Public Entity & Civil Rights Practice Group*
bio | e-mail | website

620 Freedom Business Center
Suite 300
King of Prussia, PA. 19406
Direct:  (610) 354-8282
Main:   (610) 354-8250
Fax:    (610) 354-8299

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to JJSantarone@MDWCG.com , or by telephone at (610) 354-8282 and then delete the message and its attachments from your computer.

**From:** Daniel Sherry [mailto:Daniel@erlegal.com]
**Sent:** Tuesday, September 25, 2012 3:07 PM
**To:** Santarone, Joseph J.
**Cc:** Stewart Eisenberg
**Subject:** RE: Neill v. Mouth Joy, et al.

Joe:

Just got another bounce-back from your email account.   I'm going to be filing an Amended Complaint tomorrow that addresses the stuff in the stip.    Let me know if you have any objection to the filing of an Amended Complaint.

DANIEL J. SHERRY JR., ESQUIRE
EISENBERG, ROTHWEILER,
WINKLER, EISENBERG, & JECK P.C.
1634 SPRUCE STREET
PHILADELPHIA, PA 19103
215-546-6636
FAX: 215-546-0118
TOLL FREE: 866-569-3400
daniel@erlegal.com
www.erlegal.com

1

**From:** Santarone, Joseph J. [mailto:JJSantarone@MDWCG.com]
**Sent:** Friday, September 21, 2012 11:11 AM
**To:** Daniel Sherry
**Cc:** Stewart Eisenberg
**Subject:** RE: Neill v. Mouth Joy, et al.

Dan
That stipulation is fine, I'll sign it and send it back.
At the end of the conference with Judge Savage Steward indicated he was going to talk to the family regarding a demand?  Let me know where that stands.
Joe



**Joseph J. Santarone, Esq.**
*Chair, Public Entity & Civil Rights Practice Group*
bio | e-mail | website

620 Freedom Business Center
Suite 300
King of Prussia, PA. 19406
Direct:  (610) 354-8282
Main:   (610) 354-8250
Fax:    (610) 354-8299

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to JJSantarone@MDWCG.com , or by telephone at (610) 354-8282 and then delete the message and its attachments from your computer.

**From:** Daniel Sherry [mailto:Daniel@erlegal.com]
**Sent:** Thursday, September 20, 2012 2:11 PM
**To:** Santarone, Joseph J.
**Cc:** Stewart Eisenberg
**Subject:** Neill v. Mouth Joy, et al.

Dear Joe:

Just in follow up to my voice message that I left you this afternoon, attached, please find a proposed stipulation that counsel for Susquehanna Regional and I prepared that addresses some of the issues brought up in your Motion to Dismiss.

The proposed stipulation was circulated by counsel for Susquehanna Regional earlier this morning, but, when I sent a follow-up e-mail (correcting the spelling of Officer Hosking – his name was misspelled in the Amended Complaint as "Hoskins") I received a bounce-back from your specific e-mail address.  This indicates to me that you may not have received the stipulation prior to filing your immediate Motion to Dismiss.

To the extent you have not already reviewed the stipulation, it's attached as a Word document.   Please call me at your convenience so that we may discuss this further.



DANIEL J. SHERRY JR., ESQUIRE
EISENBERG, ROTHWEILER,
WINKLER, EISENBERG, & JECK P.C.
1634 SPRUCE STREET
PHILADELPHIA, PA 19103
215-546-6636
FAX: 215-546-0118
TOLL FREE: 866-569-3400
daniel@erlegal.com
www.erlegal.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL.
IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR
REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL
REPLY


INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL.
IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR
REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL
REPLY

# Daniel Sherry

**From:** Shevon Rockett <srockett@gdldlaw.com>
**Sent:** Wednesday, September 26, 2012 2:25 PM
**To:** Daniel Sherry
**Subject:** RE: Neill v. Mt Joy et al. - Draft Second Amended Complaint


Thanks Dan. TASER consents to the filing of the Second Amended Complaint.


Shevon D. Rockett
**Goodell, DeVries, Leech & Dann, LLP**
One Commerce Square
2005 Market Street, Suite 1940
Philadelphia, PA 19103
267.765.3605 (w)
267.765.3636 (f)
srockett@gdldlaw.com

*********************************************************************
IMPORTANT CONFIDENTIALITY NOTICE
This message is from the law firm of Goodell, DeVries, Leech & Dann, LLP and contains information that may be privileged, confidential, and protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this communication in error, please reply to the sender that you have received the message in error and delete the message or notify us immediately at our telephone number: 267-765-3600. Thank you.

**From:** Daniel Sherry [mailto:Daniel@erlegal.com]
**Sent:** Wednesday, September 26, 2012 11:19 AM
**To:** Shevon Rockett
**Cc:** 'bkramer@attorneygeneral.gov'; 'Susan DiGiacomo'; 'jflounlacker@tthlaw.com'; Robert Limbacher; Stewart Eisenberg; 'hgibeaut@taser.com'; 'isaiah@taser.com'
**Subject:** Neill v. Mt Joy et al. - Draft Second Amended Complaint

Dear Colleagues:

Attached, please find a PDF of the draft Second Amended Complaint which addresses the issues set forth in the proposed (and previously-circulated) stipulation. It also corrects the name of Officer Hosking (previously spelled "Hoskins") and also discontinues claims against Trooper Carpenter.

I believe all counsel are cc'd on this string (at least, those identified via e-mail address on the official Eastern District docket); however, to the extent an attorney is missing, please let me know, and I'll immediately forward the draft. Also, I sent Joe Santorone, via a separate e-mail, a copy of the Complaint, so that we don't have the ongoing bounce-back e-mail issue that is mysteriously associated with "reply" e-mails sent to his address.

Please let me know if you have any questions or concerns. We would like to file this tomorrow so as to avoid unnecessary motion practice. Thus, kindly advise if you will not consent to the filing of the attached draft Amended Complaint so that I can properly advise the Court.

Thanks in advance.

1

DANIEL J. SHERRY JR., ESQUIRE
EISENBERG, ROTHWEILER,
WINKLER, EISENBERG, & JECK P.C.
1634 SPRUCE STREET
PHILADELPHIA, PA 19103
215-546-6636
FAX: 215-546-0118
TOLL FREE: 866-569-3400
daniel@erlegal.com
www.erlegal.com

**From:** Shevon Rockett [mailto:srockett@gdldlaw.com]
**Sent:** Tuesday, September 25, 2012 3:20 PM
**To:** Daniel Sherry
**Cc:** 'bkramer@attorneygeneral.gov'; 'Susan DiGiacomo'; 'jjsantorone@mdwcg.com'; 'jflounlacker@tthlaw.com'; Robert Limbacher; Stewart Eisenberg
**Subject:** RE: Neill v. Mt Joy et al.

Good Afternoon Dan.

Just to be clear, you are planning to file a Second Amended Complaint, and the stipulation that was circulated last week is no longer on the table, correct? If so, I'll follow up with our clients at TASER regarding consent to file.

Thanks!
-Shevon

Shevon D. Rockett
**Goodell, DeVries, Leech & Dann, LLP**
One Commerce Square
2005 Market Street, Suite 1940
Philadelphia, PA  19103
267.765.3605 (w)
267.765.3636 (f)
srockett@gdldlaw.com

***************************************************************
IMPORTANT CONFIDENTIALITY NOTICE
This message is from the law firm of Goodell, DeVries, Leech & Dann, LLP and contains information that may be privileged, confidential, and protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this communication in error, please reply to the sender that you have received the message in error and delete the message or notify us immediately at our telephone number:  267-765-3600.  Thank you.

**From:** Daniel Sherry [mailto:Daniel@erlegal.com]
**Sent:** Tuesday, September 25, 2012 3:06 PM
**To:** 'Kramer, Barry N.'; Susan DiGiacomo; Stewart Eisenberg
**Cc:** Robert Limbacher; jjsantorone@mdwcg.com; jflounlacker@tthlaw.com
**Subject:** RE: Neill v. Mt Joy et al.

Will be filing a (re) amended Complaint by tomorrow afternoon....do I have consent from all parties to file the (re) Amended Complaint?   I don't know if Taser is on this e-mail string.

2

DANIEL J. SHERRY JR., ESQUIRE
EISENBERG, ROTHWEILER,
WINKLER, EISENBERG, & JECK P.C.
1634 SPRUCE STREET
PHILADELPHIA, PA 19103
215-546-6636
FAX: 215-546-0118
TOLL FREE: 866-569-3400
daniel@erlegal.com
www.erlegal.com

**From:** Kramer, Barry N. [mailto:bkramer@attorneygeneral.gov]
**Sent:** Tuesday, September 25, 2012 10:49 AM
**To:** Susan DiGiacomo; Stewart Eisenberg; Daniel Sherry
**Cc:** rlimbacher@gdldlaw.com; jjsantorone@mdwcg.com; jflounlacker@tthlaw.com
**Subject:** RE: Neill v. Mt Joy et al.

Dan and Stewart,
Where do we stand on the Amended Complaint or Second Amended Complaint that defendants, as of now, need to respond to by Thursday?
Have you considered my proposed stip re Carpenter and Menet?
Thanks
Barry

**From:** Susan DiGiacomo [mailto:sdigiacomo@sianalaw.com]
**Sent:** Tuesday, September 25, 2012 10:25 AM
**To:** stewart@erlegal.com; daniel@erlegal.com
**Cc:** rlimbacher@gdldlaw.com; Kramer, Barry N.; jjsantorone@mdwcg.com; jflounlacker@tthlaw.com
**Subject:** Neill v. Mt Joy et al.

Stewart / Dan:

Please see attached letter and documents.

*Susan L. DiGiacomo, Esquire*
SIANA, BELLWOAR & McANDREW, LLP
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
Telephone( 610)-321-5500
FAX( 610)-321-0505

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL.
IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR
REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL
REPLY


INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL.
IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR
REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL
REPLY

**Daniel Sherry**

**From:** Susan DiGiacomo <sdigiacomo@sianalaw.com>
**Sent:** Monday, September 24, 2012 4:46 PM
**To:** Daniel Sherry
**Subject:** Neill v. Mt Joy

I spoke with Counsel for Woods and Hosking. I have also discussed the Stip with other co-counsel in this case. I think it best if you file a Second Amended Complaint to clean up some of the errors. I get the impression that if you send an e-mail to all counsel and ask if each would oppose a Second Amended Complaint (along the lines of the Stipulation) there would be no opposition. The Motions to Dismiss are due on Thursday so time is of the essence.

*Susan L. DiGiacomo, Esquire*
SIANA, BELLWOAR & McANDREW, LLP
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
Telephone( 610)-321-5500
FAX( 610)-321-0505

1

## Daniel Sherry

| | |
|---|---|
| **From:** | Shevon Rockett <srockett@gdldlaw.com> |
| **Sent:** | Wednesday, September 26, 2012 2:25 PM |
| **To:** | Daniel Sherry |
| **Subject:** | RE: Neill v. Mt Joy et al. - Draft Second Amended Complaint |

Thanks Dan. TASER consents to the filing of the Second Amended Complaint.

Shevon D. Rockett
**Goodell, DeVries, Leech & Dann, LLP**
One Commerce Square
2005 Market Street, Suite 1940
Philadelphia, PA 19103
267.765.3605 (w)
267.765.3636 (f)
srockett@gdldlaw.com

*************************************************************

IMPORTANT CONFIDENTIALITY NOTICE
This message is from the law firm of Goodell, DeVries, Leech & Dann, LLP and contains information that may be privileged, confidential, and protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this communication in error, please reply to the sender that you have received the message in error and delete the message or notify us immediately at our telephone number: 267-765-3600. Thank you.

---

**From:** Daniel Sherry [mailto:Daniel@erlegal.com]
**Sent:** Wednesday, September 26, 2012 11:19 AM
**To:** Shevon Rockett
**Cc:** 'bkramer@attorneygeneral.gov'; 'Susan DiGiacomo'; 'jflounlacker@tthlaw.com'; Robert Limbacher; Stewart Eisenberg; 'hgibeaut@taser.com'; 'isaiah@taser.com'
**Subject:** Neill v. Mt Joy et al. - Draft Second Amended Complaint

Dear Colleagues:

Attached, please find a PDF of the draft Second Amended Complaint which addresses the issues set forth in the proposed (and previously-circulated) stipulation. It also corrects the name of Officer Hosking (previously spelled "Hoskins") and also discontinues claims against Trooper Carpenter.

I believe all counsel are cc'd on this string (at least, those identified via e-mail address on the official Eastern District docket); however, to the extent an attorney is missing, please let me know, and I'll immediately forward the draft. Also, I sent Joe Santorone, via a separate e-mail, a copy of the Complaint, so that we don't have the ongoing bounce-back e-mail issue that is mysteriously associated with "reply" e-mails sent to his address.

Please let me know if you have any questions or concerns. We would like to file this tomorrow so as to avoid unnecessary motion practice. Thus, kindly advise if you will not consent to the filing of the attached draft Amended Complaint so that I can properly advise the Court.

Thanks in advance.

1

DANIEL J. SHERRY JR., ESQUIRE
EISENBERG, ROTHWEILER,
WINKLER, EISENBERG, & JECK P.C.
1634 SPRUCE STREET
PHILADELPHIA, PA 19103
215-546-6636
FAX: 215-546-0118
TOLL FREE: 866-569-3400
daniel@erlegal.com
www.erlegal.com

**From:** Shevon Rockett [mailto:srockett@gdldlaw.com]
**Sent:** Tuesday, September 25, 2012 3:20 PM
**To:** Daniel Sherry
**Cc:** 'bkramer@attorneygeneral.gov'; 'Susan DiGiacomo'; 'jjsantorone@mdwcg.com'; 'jflounlacker@tthlaw.com'; Robert Limbacher; Stewart Eisenberg
**Subject:** RE: Neill v. Mt Joy et al.

Good Afternoon Dan.

Just to be clear, you are planning to file a Second Amended Complaint, and the stipulation that was circulated last week is no longer on the table, correct? If so, I'll follow up with our clients at TASER regarding consent to file.

Thanks!
-Shevon

Shevon D. Rockett
**Goodell, DeVries, Leech & Dann, LLP**
One Commerce Square
2005 Market Street, Suite 1940
Philadelphia, PA 19103
267.765.3605 (w)
267.765.3636 (f)
srockett@gdldlaw.com

*********************************************************************
IMPORTANT CONFIDENTIALITY NOTICE
This message is from the law firm of Goodell, DeVries, Leech & Dann, LLP and contains information that may be privileged, confidential, and protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this communication in error, please reply to the sender that you have received the message in error and delete the message or notify us immediately at our telephone number: 267-765-3600. Thank you.

---

**From:** Daniel Sherry [mailto:Daniel@erlegal.com]
**Sent:** Tuesday, September 25, 2012 3:06 PM
**To:** 'Kramer, Barry N.'; Susan DiGiacomo; Stewart Eisenberg
**Cc:** Robert Limbacher; jjsantorone@mdwcg.com; jflounlacker@tthlaw.com
**Subject:** RE: Neill v. Mt Joy et al.

Will be filing a (re) amended Complaint by tomorrow afternoon....do I have consent from all parties to file the (re) Amended Complaint? I don't know if Taser is on this e-mail string.

2

DANIEL J. SHERRY JR., ESQUIRE
EISENBERG, ROTHWEILER,
WINKLER, EISENBERG, & JECK P.C.
1634 SPRUCE STREET
PHILADELPHIA, PA 19103
215-546-6636
FAX: 215-546-0118
TOLL FREE: 866-569-3400
daniel@erlegal.com
www.erlegal.com

**From:** Kramer, Barry N. [mailto:bkramer@attorneygeneral.gov]
**Sent:** Tuesday, September 25, 2012 10:49 AM
**To:** Susan DiGiacomo; Stewart Eisenberg; Daniel Sherry
**Cc:** rlimbacher@gdldlaw.com; jjsantorone@mdwcg.com; jflounlacker@tthlaw.com
**Subject:** RE: Neill v. Mt Joy et al.

Dan and Stewart,
Where do we stand on the Amended Complaint or Second Amended Complaint that defendants, as of now, need to respond to by Thursday?
Have you considered my proposed stip re Carpenter and Menet?
Thanks
Barry

**From:** Susan DiGiacomo [mailto:sdigiacomo@sianalaw.com]
**Sent:** Tuesday, September 25, 2012 10:25 AM
**To:** stewart@erlegal.com; daniel@erlegal.com
**Cc:** rlimbacher@gdldlaw.com; Kramer, Barry N.; jjsantorone@mdwcg.com; jflounlacker@tthlaw.com
**Subject:** Neill v. Mt Joy et al.

Stewart / Dan:

Please see attached letter and documents.

*Susan L. DiGiacomo, Esquire*
SIANA, BELLWOAR & McANDREW, LLP
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
Telephone( 610)-321-5500
FAX( 610)-321-0505

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL.
IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR
REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL
REPLY

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL.
IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR
REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL
REPLY

# Daniel Sherry

| | |
|---|---|
| **From:** | Kramer, Barry N. <bkramer@attorneygeneral.gov> |
| **Sent:** | Wednesday, September 26, 2012 5:11 PM |
| **To:** | Daniel Sherry; 'Shevon Rockett' |
| **Cc:** | 'Susan DiGiacomo'; 'jflounlacker@tthlaw.com'; Robert Limbacher; Stewart Eisenberg; 'hgibeaut@taser.com'; 'isaiah@taser.com' |
| **Subject:** | RE: Neill v. Mt Joy et al. - Draft Second Amended Complaint |

PSP consents.

---

**From:** Daniel Sherry [Daniel@erlegal.com]
**Sent:** Wednesday, September 26, 2012 11:19 AM
**To:** 'Shevon Rockett'
**Cc:** Kramer, Barry N.; 'Susan DiGiacomo'; 'jflounlacker@tthlaw.com'; Robert Limbacher; Stewart Eisenberg; 'hgibeaut@taser.com'; 'isaiah@taser.com'
**Subject:** Neill v. Mt Joy et al. - Draft Second Amended Complaint

Dear Colleagues:

Attached, please find a PDF of the draft Second Amended Complaint which addresses the issues set forth in the proposed (and previously-circulated) stipulation. It also corrects the name of Officer Hosking (previously spelled "Hoskins") and also discontinues claims against Trooper Carpenter.

I believe all counsel are cc'd on this string (at least, those identified via e-mail address on the official Eastern District docket); however, to the extent an attorney is missing, please let me know, and I'll immediately forward the draft. Also, I sent Joe Santorone, via a separate e-mail, a copy of the Complaint, so that we don't have the ongoing bounce-back e-mail issue that is mysteriously associated with "reply" e-mails sent to his address.

Please let me know if you have any questions or concerns. We would like to file this tomorrow so as to avoid unnecessary motion practice. Thus, kindly advise if you will not consent to the filing of the attached draft Amended Complaint so that I can properly advise the Court.

Thanks in advance.

DANIEL J. SHERRY JR., ESQUIRE
EISENBERG, ROTHWEILER,
WINKLER, EISENBERG, & JECK P.C.
1634 SPRUCE STREET
PHILADELPHIA, PA 19103
215-546-6636
FAX: 215-546-0118
TOLL FREE: 866-569-3400

daniel@erlegal.com
www.erlegal.com

**From:** Shevon Rockett [mailto:srockett@gdldlaw.com]
**Sent:** Tuesday, September 25, 2012 3:20 PM
**To:** Daniel Sherry
**Cc:** 'bkramer@attorneygeneral.gov'; 'Susan DiGiacomo'; 'jjsantorone@mdwcg.com'; 'jflounlacker@tthlaw.com'; Robert Limbacher; Stewart Eisenberg
**Subject:** RE: Neill v. Mt Joy et al.

1

Good Afternoon Dan.

Just to be clear, you are planning to file a Second Amended Complaint, and the stipulation that was circulated last week is no longer on the table, correct? If so, I'll follow up with our clients at TASER regarding consent to file.

Thanks!
-Shevon

Shevon D. Rockett
**Goodell, DeVries, Leech & Dann, LLP**
One Commerce Square
2005 Market Street, Suite 1940
Philadelphia, PA  19103
267.765.3605 (w)
267.765.3636 (f)
srockett@gdldlaw.com

***********************************************************************

IMPORTANT CONFIDENTIALITY NOTICE
This message is from the law firm of Goodell, DeVries, Leech & Dann, LLP and contains information that may be privileged, confidential, and protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this communication in error, please reply to the sender that you have received the message in error and delete the message or notify us immediately at our telephone number: 267-765-3600. Thank you.

**From:** Daniel Sherry [mailto:Daniel@erlegal.com]
**Sent:** Tuesday, September 25, 2012 3:06 PM
**To:** 'Kramer, Barry N.'; Susan DiGiacomo; Stewart Eisenberg
**Cc:** Robert Limbacher; jjsantorone@mdwcg.com; jflounlacker@tthlaw.com
**Subject:** RE: Neill v. Mt Joy et al.

Will be filing a (re) amended Complaint by tomorrow afternoon....do I have consent from all parties to file the (re) Amended Complaint?   I don't know if Taser is on this e-mail string.

DANIEL J. SHERRY JR., ESQUIRE
EISENBERG, ROTHWEILER,
WINKLER, EISENBERG, & JECK P.C.
1634 SPRUCE STREET
PHILADELPHIA, PA 19103
215-546-6636
FAX: 215-546-0118
TOLL FREE: 866-569-3400

daniel@erlegal.com
www.erlegal.com

**From:** Kramer, Barry N. [mailto:bkramer@attorneygeneral.gov]
**Sent:** Tuesday, September 25, 2012 10:49 AM
**To:** Susan DiGiacomo; Stewart Eisenberg; Daniel Sherry
**Cc:** rlimbacher@gdldlaw.com; jjsantorone@mdwcg.com; jflounlacker@tthlaw.com
**Subject:** RE: Neill v. Mt Joy et al.

Dan and Stewart,

2

Where do we stand on the Amended Complaint or Second Amended Complaint that defendants, as of now, need to respond to by Thursday?
Have you considered my proposed stip re Carpenter and Menet?
Thanks
Barry

**From:** Susan DiGiacomo [mailto:sdigiacomo@sianalaw.com]
**Sent:** Tuesday, September 25, 2012 10:25 AM
**To:** stewart@erlegal.com; daniel@erlegal.com
**Cc:** rlimbacher@gdldlaw.com; Kramer, Barry N.; jjsantorone@mdwcg.com; jflounlacker@tthlaw.com
**Subject:** Neill v. Mt Joy et al.

Stewart / Dan:

Please see attached letter and documents.

**Susan L. DiGiacomo, Esquire**
SIANA, BELLWOAR & McANDREW, LLP
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
Telephone( 610)-321-5500
FAX( 610)-321-0505


```
INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL.
IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR
REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL
REPLY
INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL.
IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR
REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL
REPLY
```