IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE NEILL and ROBERT NEILL, Both Individually and as Co-Administrators of the Estate of Robert Neill, Deceased** | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **MT. JOY BOROUGH, et al** | : | **NO. 12-3332** |

## ORDER

**AND NOW**, this 15th day of November, 2012, upon consideration of Defendant David Clancy, III's Motion to Dismiss Counts II and III of the Second Amended Complaint (Document No. 44) it is **ORDERED** that the motion is **DENIED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.