UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicole Neill, et al. : | |
| : | |
| Plaintiffs : | CIVIL ACTION |
| : | |
| v. : | |
| : | No. 5:12-cv-03332-TJS |
| Mt Joy Borough, et al. : | |
| : | JURY TRIAL DEMANDED |
| Defendants : | |

## STIPULATION OF DISMISSAL OF DAVID CLANCY, III, AND THE SUSQUEHANNA REGIONAL POLICE DEPARTMENT PURSUANT TO FED.R.CIV.P.41 (a)(1)(A)(ii)

Plaintiffs and defendants, by undersigned counsel, hereby stipulate, pursuant to Fed.R.Civ.P.41 (a)(1)(A)(ii), that the above-captioned action is hereby **dismissed with prejudice** as to **DAVID CLANCY, III and the SUSQUEHANNA REGIONAL POLICE DEPARTMENT** (together "Susquehanna Regional defendants), plaintiffs and Susquehanna Regional Defendants to bear their own costs and fees.

/s/ Stewart J. Eisenberg
Stewart J. Eisenberg
Daniel Joseph Sherry, Jr.
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, PC
1634 Spruce Street
Philadelphia, PA 19103
Counsel for Plaintiffs


/s/Joseph J. Santarone, Jr.
Joseph J. Santarone, Jr.
Marshall Dennehey Warner Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
Counsel for Mt Joy Borough and Mt Joy Police Department

/s/ John Flounlacker
John Flounlacker
Thomas, Thomas & Hafer
305 North Front Street, P.O. Box 999
Harrisburg, PA 17101
Counsel for Tyson Wood and Kyle Hoskins

/s/ Robert A. Limbacher
Robert A. Limbacher
Goodell, Devrtes, Leech & Dann
One Commerce Square
2005 Market Street, Suite 1940
Philadelphia, PA 19103-2793

/s/ Susan L. DiGiacomo
Susan L. DiGiacomo
Andrew J. Bellwoar
Siana, Bellwoar & McAndrew, LLP
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
Counsel for David Clancy, III and Susquehanna Regional Police Department