UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Nicole Neill, et al. | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 5:12-cv-03332-TJS |
| Mt Joy Borough, et al. | : | |
| | : | |
| Defendants | : | |

**STIPULATION OF DISMISSAL OF TASER INTERNATIONAL, INC.
PURSUANT TO FED.R.CIV.P.41(a)(1)(A)(ii)**

Plaintiffs and defendants, by undersigned counsel, hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-captioned action is hereby **dismissed with prejudice** as to defendant **TASER INTERNATIONAL, INC. ("TASER")**, plaintiffs and TASER to bear their own costs and fees.

BY THE PARTIES:

/s/ Daniel J. Sherry, Jr.
Stewart J. Eisenberg
Daniel J. Sherry, Jr.
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103
Counsel for Plaintiffs

/s/ Robert A. Limbacher
Robert A. Limbacher
Shevonn D. Rockett
Goodell, DeVries, Leech & Dann, LLP
One Commerce Square
2005 Market Street, Suite 1940
Philadelphia, PA 19103-2793
Counsel for TASER International, Inc.

/s/ Isaiah Fields
Isaiah Fields
TASER International, Inc.
17800 North 85th Street
Scottsdale, AZ 85255
Counsel for TASER International, Inc.

/s/ John Flounlacker
John Flounlacker
Thomas, Thomas & Hafer
305 North Front Street, P.O. Box 999
Harrisburg, PA 17101
Counsel for Tyson Wood and Kyle Hoskins

/s/ Joseph J. Santarone, Jr.
Joseph J. Santarone, Jr.
Marshall, Dennehey, Warrner, Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
Counsel for Mt. Joy Borough and Mt. Joy Police Department

/s/ Susan L. DiGiacomo
Susan L. DiGiacomo
Andrew J. Bellwoar
Siana, Bellwoar & McAndrew, LLP
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
Counsel for David Clancy, III and Susquehanna Regional Police Department

## **CERTIFICATE OF SERVICE**

I, Shevon D. Rockett, Esq., hereby certify that on December 4, 2012, a true and correct copy of the foregoing STIPULATION OF DISMISSAL OF TASER INTERNATIONAL, INC. PURSUANT TO FED.R.CIV.P.41(a)(1)(A)(ii) was served via electronic filing on all counsel of record.

/s/ Shevon D. Rockett
Shevon D. Rockett, Esq.